**Order entered July 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01380-CR
No. 05-13-01381-CR

**WILSON BLUE III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F12-62630-J; F12-62631-3**

## ORDER

Appellant's July 3, 2014 motion to accept the brief tendered is **GRANTED**. Appellant's brief received by the Clerk of the Court on July 3, 2014 is **DEEMED** timely filed on the date of this order.

/s/     LANA MYERS
         JUSTICE